FILED
APR 6 - 2011

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | 01-CR-162 BR |
| v. | |
| | ORDER TO SUBSTITUTE |
| JAMES ARCEDIANO, | VICTIM |
| JEFFREY ARCEDIANO, | |
| Defendants | |

Upon motion of the government, it is hereby ORDERED that the Clerk of Court be directed to substitute victim, Jeffrey H. Beck, as listed in the Judgments, and pay all funds

PAGE 1 -   ORDER TO SUBSTITUTE VICTIM
            *U.S. v. Arcediano, et al*, 01-CR-162 BR

currently held and all future disbursements to the Crime Victims Fund, pursuant to Title 18, United States Code, Section 3364(g)(2).

IT IS SO ORDERED this 6th day of April, 2011.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge

Presented by:

DWIGHT C. HOLTON
United States Attorney

*Robert D. Nesler*
ROBERT D. NESLER
Assistant United States

PAGE 2 -   ORDER TO SUBSTITUTE VICTIM
           *U.S. v. Arcediano, et al*, 01-CR-162 BR